AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Barrett, Susan D. | U.S. Bankruptcy Court, GA-S | 11/03/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

P. O. Box 31267
Augusta, Georgia 30903

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Hill Properties, LLC |
| 2. | Partner | Family Partnership |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Coastal Bankruptcy Law Institute, Inc. | May 8, 2015 | Savannah, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 2. | State Bar of Georgia, Bankruptcy Law Section | November 5-6, 2015 | Greensboro, Georgia | Seminar | Registration, Meals, Educational Materials and Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Suntrust Bank Checking | A | Interest | J | T | | | | | |
| 2. | Suntrust Money Market | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | BROKERAGE ACCT.#1 SCHWAB | | | | | | | | | |
| 5. | -SCHWAB US TREAS MONEY FD SWEEP (SWUXX) | | None | M | T | | | | | |
| 6. | | | | | | Buy (add'l) | 12/29/15 | J | | |
| 7. | | | | | | Buy (add'l) | 12/22/15 | K | | |
| 8. | | | | | | Redeemed (part) | 12/09/15 | J | | See Part VIII |
| 9. | | | | | | Buy (add'l) | 11/30/15 | J | | |
| 10. | | | | | | Redeemed (part) | 10/28/15 | K | | See Part VIII |
| 11. | | | | | | Buy (add'l) | 10/02/15 | J | | |
| 12. | | | | | | Buy (add'l) | 09/28/15 | J | | |
| 13. | | | | | | Redeemed (part) | 09/09/15 | J | | See Part VIII |
| 14. | | | | | | Buy (add'l) | 07/02/15 | L | | |
| 15. | | | | | | Buy (add'l) | 07/01/15 | J | | |
| 16. | | | | | | Buy (add'l) | 06/29/15 | J | | |
| 17. | | | | | | Redeemed (part) | 06/08/15 | J | | See Part VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 04/13/15 | L | | See Part VIII |
| 19. | | | | | Buy (add'l) | 04/01/15 | J | | |
| 20. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 21. | | | | | Buy (add'l) | 03/09/15 | K | | |
| 22. | | | | | Buy (add'l) | 01/05/15 | J | | |
| 23. -SCHWAB TOTAL STK MKT (SWTSX) | E | Dividend | O | T | | | | | |
| 24. GA ST HSG & FA R 0.85% 16 | A | Interest | K | T | | | | | |
| 25. DOVER CORP (DOV) | A | Dividend | | | Sold | 03/03/15 | K | | See Part VIII |
| 26. GOLDMAN SACHS BK 1.45% 17 | B | Interest | L | T | | | | | |
| 27. PHOENIX AZ WTR CIV 4.75% 25 | B | Interest | | | Redeemed | 07/01/15 | K | | See Part VIII |
| 28. ISH BND SEP 2017 AMT FRE (IBMF) | A | Dividend | L | T | | | | | |
| 29. ISHARES SELECT DIV (DVY) | C | Dividend | M | T | | | | | |
| 30. ISHARES INT'L (IDV) | B | Dividend | J | T | | | | | |
| 31. | | | | | Sold (part) | 11/23/15 | J | | See Part VIII |
| 32. SCH US DIV EQUITY ETF (SCHD) | D | Dividend | N | T | | | | | |
| 33. | | | | | Buy (add'l) | 10/28/15 | K | | |
| 34. BANK OF MONTREAL 1.4%18F (X) | A | Interest | K | T | Buy | 04/08/15 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. BROKERAGE ACCT. #2 (SCHWAB ROLLOVER IRA) | | | | | | | | | |
| 37. -SCHWAB US TREAS MONEY FD MONEY MARKET (SWUXX) | None | | K | T | | | | | |
| 38. | | | | | Buy (add'l) | 12/29/15 | J | | |
| 39. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 40. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 41. | | | | | Buy (add'l) | 06/29/15 | J | | |
| 42. | | | | | Buy (add'l) | 03/30/15 | J | | |
| 43. | | | | | Redeemed (part) | 02/20/15 | K | | See Part VIII |
| 44. -SCHWAB TOTAL STK MKT (SWTSX) | C | Dividend | M | T | | | | | |
| 45. SCH US DIV. EQUITY ETF (SCHD) | D | Dividend | M | T | | | | | |
| 46. | | | | | Buy (add'l) | 02/17/15 | K | | |
| 47. ISHARES SELECT DIV FUND (DVY) | B | Dividend | K | T | | | | | |
| 48. VANGUARD INDUSTRIALS (VIS) | A | Dividend | K | T | | | | | |
| 49. | | | | | | | | | |
| 50. BROKERAGE ACCT. #3 (WELLS FARGO) | | | | | | | | | |
| 51. BANK DEPOSIT SWEEP | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHEVRON CORP (CVX) | C | Dividend | L | T | | | | | |
| 53. | | | | | Spinoff (from line 148) | 04/29/15 | J | | See Part VIII |
| 54. EQUITY RESIDENTIAL (EQR) | D | Dividend | M | T | | | | | |
| 55. | | | | | Spinoff (from line 149) | 04/29/15 | J | | See Part VIII |
| 56. GENERAL ELECTRIC CO. (GE) | B | Dividend | L | T | | | | | |
| 57. | | | | | Spinoff (from line 150) | 04/29/15 | J | | See Part VIII |
| 58. PROCTOR & GAMBLE CO. (PG) | C | Dividend | L | T | | | | | |
| 59. | | | | | Spinoff (from line 152) | 04/29/15 | J | | See Part VIII |
| 60. SUNTRUST BANK, INC. (STI) | A | Dividend | J | T | | | | | |
| 61. | | | | | Spinoff (from line 154) | 04/29/15 | J | | See Part VIII |
| 62. FIREEYE IN (FEYE)(X) | | None | J | T | | | | | |
| 63. | | | | | Buy | 08/26/15 | J | | |
| 64. HP INC (HPQ) | A | Dividend | J | T | | | | | |
| 65. | | | | | Spinoff (from line 151) | 04/29/15 | J | | See Part VIII |
| 66. HEWLETT PACKARD ENTERPRISE CO (HPE)(X) | | None | J | T | | | | | |
| 67. | | | | | Spinoff (from line 64) | 11/01/15 | J | | See Part VIII |
| 68. PALO ALTO NETWORKS (PANW)(X) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy | 08/26/15 | K | | |
| 70. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A)(X) | A | Dividend | J | T | | | | | |
| 71. | | | | | Spinoff (from line 153) | 04/29/15 | J | | See Part VIII |
| 72. | | | | | | | | | |
| 73. PROCTOR & GAMBLE (PG) | A | Dividend | K | T | | | | | |
| 74. | | | | | | | | | |
| 75. MEMBERSHIP INTEREST IN HILL PROPERTIES, LLC | | None | | | | | | | See Part VIII |
| 76. | | | | | | | | | |
| 77. FAMILY INS. PSHIP (OWNS LIFE INS. POL-CASH VALUE & | | None | N | T | | | | | |
| 78. SMALL BANK ACCT. AT SUNTRUST) | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. HODGES - PERSONAL LOAN | | None | | | | | | | See Part VIII |
| 81. | | | | | | | | | |
| 82. TRUSTEE OVER A CHECKING ACCOUNT OF | | None | K | T | | | | | |
| 83. FAMILY TRUST AT SUNTRUST BANK | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. FAMILY TRUST ACCT. #1 (TRUSTEE) (SCHWAB BROKERAGE ACCT.) | | | | | Spinoff (from line 107) | 04/29/15 | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BANK SWEEP ACCT. | A | Interest | L | T | Spinoff (from line 108) | 04/29/15 | L | | See Part VIII |
| 87. ABBVIE, INC. (ABBV) | B | Dividend | K | T | Spinoff (from line 114) | 04/29/15 | K | | See Part VIII |
| 88. BB&T CORPORATION (BBT) | A | Dividend | K | T | Buy | 06/09/15 | K | | |
| 89. CVS HEALTH CORP (CVS) | A | Dividend | K | T | Spinoff (from line 119) | 04/29/15 | K | | See Part VIII |
| 90. BERKSHIRE HATHAWAY B NEW (CLASS B) (BRKB) | | None | K | T | Spinoff (from line 116) | 04/29/15 | K | | See Part VIII |
| 91. INTEL CORP (INTC) | B | Dividend | L | T | Spinoff (from line 117) | 04/29/15 | K | | See Part VIII |
| 92. WALMART STORES, INC. | A | Dividend | | | Sold | 10/22/15 | K | | See Part VIII |
| 93. | | | | | Spinoff (from line 118) | 04/29/15 | K | | See Part VIII |
| 94. DEERE & CO. (DE) | A | Dividend | K | T | Spinoff (from line 121) | 04/29/15 | K | | See Part VIII |
| 95. JOHNSON & JOHNSON (JNJ) | B | Dividend | L | T | Spinoff (from line 122) | 04/29/15 | K | | See Part VIII |
| 96. KIMBERLY -CLARK CORP (KMB) | A | Dividend | L | T | Spinoff (from line 123) | 04/29/15 | K | | See Part VIII |
| 97. MC DONALDS CORP (MCD) | B | Dividend | K | T | Spinoff (from line 124) | 04/29/15 | K | | See Part VIII |
| 98. MICROSOFT (MSFT) | A | Dividend | L | T | Spinoff (from line 125) | 04/29/15 | K | | See Part VIII |
| 99. PAYCHEX (PAYX) | B | Dividend | L | T | Spinoff (from line 126) | 04/29/15 | K | | See Part VIII |
| 100. T ROWE PRICE GROUP INC (TROW) | B | Dividend | L | T | Spinoff (from line 127) | 04/29/15 | M | | See Part VIII |
| 101. UNITED TECHNOLOGIES CORP(UTX) | A | Dividend | K | T | Spinoff (from line 128) | 04/29/15 | K | | See Part VIII |
| 102. 3M (MMM) | B | Dividend | L | T | Spinoff (from line 129) | 04/29/15 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SCH US DIV EQUITY ETF (SCHD) | B | Dividend | L | T | Spinoff (from line 130) | 04/29/15 | L | | See Part VIII |
| 104.  ENERGY SELECT SECTOR(XLE) | B | Dividend | L | T | Spinoff (from line 131) | 04/29/15 | L | | |
| 105.  SELECT STR FINANCIAL (XLF) | A | Dividend | K | T | Spinoff (from line 132) | 04/29/15 | K | | |
| 106. | | | | | | | | | |
| 107.  ESTATE ACCT. #1 (EXECUTOR) SCHWAB BROKERAGE ACCT.) | | | | | Distributed | | | | See Part VIII |
| 108.  SCHWAB GOVT MONEY FUND (SWEEP) (SWGXX) | | None | | | | | | | |
| 109. | | | | | Sold | 04/29/15 | L | | See Part VIII |
| 110. | | | | | Buy (add'l) | 03/31/15 | J | | |
| 111. | | | | | Redeemed (part) | 03/09/15 | J | | See Part VIII |
| 112. | | | | | Buy (add'l) | 02/25/15 | J | | |
| 113. | | | | | Redeemed (part) | 01/26/15 | K | | See Part VIII |
| 114.  ABBVIE, INC. (ABBV) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 115.  AMERICAN EXPRESS COMPANY (AXP) | A | Dividend | | | Sold | 02/19/15 | K | | See Part VIII |
| 116.  BERKSHIRE HATHAWAY B NEW (CLASS B) (BRKB) | | None | | | Distributed | 04/29/15 | K | | See Part VIII |
| 117.  INTEL CORP (INTC) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 118.  WALMART STORES, INC. (WMT) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 119.  CVS HEALTH CORP (CVS) | | None | | | Distributed | 04/29/15 | K | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 01/21/15 | K | | |
| 121. DEERE & CO. (DE) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 122. JOHNSON & JOHNSON (JNJ) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 123. KIMBERLY -CLARK CORP (KMB) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 124. MC DONALDS CORP (MCD) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 125. MICROSOFT (MSFT) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 126. PAYCHEX (PAYX) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 127. T ROWE PRICE GROUP INC (TROW) | C | Dividend | | | Distributed | 04/29/15 | M | | See Part VIII |
| 128. UNITED TECHNOLOGIES CORP (UTX) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |
| 129. 3M (MMM) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 130. SCH US DIV EQUITY ETF (SCHD) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 131. SECTOR SPDR ENGY SELECT(XLE) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 132. SECTOR SPDR FINCL SELECT (XLF)(X) | A | Dividend | | | Buy | 02/19/15 | K | | |
| 133. | | | | | Distributed | 04/29/15 | K | | See Part VIII |
| 134. FAMILY TRUST ASSET #2 (WELLS FARGO BROKERAGE ACCT.) | | | | | Spinoff (from line 146) | | | | See Part VIII |
| 135. BANK DEPOSIT SWEEP | A | Interest | M | T | Spinoff (from line 147) | 04/29/15 | L | | See Part VIII |
| 136. CHEVRON (CVX)(X) | B | Dividend | K | T | Spinoff (from line 148) | 04/29/15 | L | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. EQUITY RESIDENTIAL (EQR)(X) | D | Dividend | O | T | Spinoff (from line 149) | 04/29/15 | M | | See Part VIII |
| 138. GENERAL ELECTRIC (GE)(X) | A | Dividend | J | T | Spinoff (from line 150) | 04/29/15 | J | | See Part VIII |
| 139. HP INC. (HPQ)(X) | A | Dividend | K | T | Spinoff (from line 151) | 04/29/15 | L | | See Part VIII |
| 140. HEWLETT PACKARD ENTERPRISES CO. (HPE)(X) | | None | K | T | | | | | |
| 141. | | | | | | 11/02/15 | K | | See Part VIII |
| 142. PROCTOR & GAMBLE (PG)(X) | C | Dividend | M | T | Spinoff (from line 152) | 04/29/15 | M | | See Part VIII |
| 143. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A)(X) | D | Dividend | J | T | Spinoff (from line 153) | 04/29/15 | J | | See Part VIII |
| 144. SUNTRUST BANKS INC (STI)(X) | B | Dividend | M | T | Spinoff (from line 154) | 04/29/15 | L | | See Part VIII |
| 145. | | | | | | | | | |
| 146. ESTATE ACCT. #2 (EXECUTOR) (WELLS FARO) | | | | | Distributed | 04/29/15 | | | See Part VIII |
| 147. BANK DEPOSIT SWEEP | A | Interest | | | Distributed | 04/29/15 | L | | See Part VIII |
| 148. CHEVRON (CVX) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 149. EQUITY RESIDENTIAL (EQR) | D | Dividend | | | Distributed | 04/29/15 | O | | See Part VIII |
| 150. GENERAL ELECTRIC (GE) | A | Dividend | | | Distributed | 04/29/15 | J | | See Part VIII |
| 151. HEWLETT PACKARD COMPANY (HPQ) | A | Dividend | | | Distributed | 04/29/15 | L | | See Part VIII |
| 152. PROCTOR & GAMBLE (PG) | C | Dividend | | | Distributed | 04/29/15 | M | | See Part VIII |
| 153. ROYAL DUTCH SHELL PLC ADR CL A (RDS/A) | A | Dividend | | | Distributed | 04/29/15 | K | | See Part VIII |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barrett, Susan D. | 11/03/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  SUNTRUST BANKS INC (STI) | A | Dividend | | | Distributed | 04/29/15 | M | | See Part VIII |
| 155. | | | | | | | | | |
| 156.  ESTATE ASSET #3 (SUNTRUST ESTATE BANK ACCT.) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barrett, Susan D. | 11/03/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII (Lines 8, 10, 13, 17, 18, 25, 27, 31, 43). There is no gain to report.

Section VII (Lines 53, 55, 57, 59, 61, 65, 71). This spinoff was part of the distribution made from the estate account discussed below.

Section VII (Lines 64-67, 139-141). Hewlett Packard Co. (HPQ) changed its name in November 2015 to HP Inc. and spunoff Hewlett Packard Enterprises Co. (HPE).

Section VII (Lines 75) The entity in which I hold a membership interest remains viable, but has no assets to report in 2015.

Section VII (Line 80). This personal loan has been written off.

Section VII (Lines 85-154). In accordance with the terms of decedent's will, a family trust was formed. After proper probate of the estate, the remaining assets of the estate were distributed to the respective family trust accounts. There is no gain to report from this distribution.

Section VII (Line 92). No gain to report.

Section VII (Line 109). This was sold and the cash was spun off into the family trust's bank sweep account shown on Line 86.There is no gain to report.

Section VII (Lines 111, 113). There is no gain to report.

Section VII (Line 115). There is no gain to report.

Section VII (Line 141). Column D1 should reference "Spinoff (from line 139)." The financial disclosure software is not allowing this entry.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan D. Barrett**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544